CHARLES E. GRIMMINGER, appellant,

*v.*

FRANCES E. GRIMMINGER GOODMAN et al., respondents.

[Argued March 8th and 9th, 1916.   Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *85 N. J. Eq. 425; sub nomine Grimminger* v. *Alderton et al.*

*Mr. Charles E. S. Simpson,* for the appellant.

*Mr. Frank G. Turner,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, GARDNER—13.

*For reversal*—None.